UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 25-9919-AH(PVCx) | Date | January 2, 2026 |
| Title | Luz Zendejas v. West Valley Cycle Sales, Inc. et al | | JS-6 |

Present: The Honorable **ANNE HWANG, UNITED STATES DISTRICT JUDGE**

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| NONE PRESENT | NONE PRESENT |

Proceedings: **IN CHAMBERS- ORDER AND NOTICE TO ALL PARTIES**

In light of the Notice of voluntary dismissal [14], the Court hereby closes this case.

All pending hearings and motions are now taken off calendar and vacated.

Please ENTER JS-6.

IT IS SO ORDERED.


cc: all parties